UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>HEATHER J. ROWAN, a single person,<br><br>                Plaintiff,<br>vs.<br><br>SAFEWAY, INC,<br><br>                Defendant. | No. 2:17-cv-00880-RSM<br><br>ORDER on MOTION FOR A :<br>VOLUNTARY NON-SUIT/DISMISSAL |

THIS MATTER having come on regularly before the Court on the Plaintiff's motion for a voluntary non-suit without prejudice pursuant to Fed. R. Civ. P. 41 and the Court having reviewed the records, files, declarations, and otherwise deeming itself fully advised, finds that the Plaintiff should be allowed to dismiss her case without prejudice.

NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Plaintiff's case is hereby dismissed without prejudice.

Order on Pet Motion for Dismissal - 1
2:17-cv-00880-RSM

*MICHAEL A. ATKINS*
**ATTORNEY AT LAW**
5400 CALIFORNIA AVE. S.W., Ste E
SEATTLE, WASHINGTON 98136
TEL (206) 932-6754 FAX 985-9777

DATED this 11 day of July 2017.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:                               Approved for entry:

                                            Notice of presentation waived:

_____        _____

MICHAEL A. ATKINS, WSB #18828

Order on Pet Motion for Dismissal - 2
2:17-cv-00880-RSM

*MICHAEL A. ATKINS*
**ATTORNEY AT LAW**
5400 CALIFORNIA AVE. S.W., Ste E
SEATTLE, WASHINGTON 98136
TEL (206) 932-6754 FAX 985-9777